**United States District Court**
District of Connecticut
141 CHURCH STREET
NEW HAVEN, CT 06510

Chambers of
Peter C. Dorsey
United States District Judge

(203) 773-2427

August 15, 2006

Ortrie D. Smith, Chair
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C.   20544

      Re:    Calendar Year 2005 Filing

Dear Mr. Ortrie:

      Pursuant to your letter of July 18, 2006, enclosed please find three copies of Judge Dorsey's corrected Financial Disclosure Report.

      If you have any questions, please do not hesitate to contact me.

                  Very truly yours,

                  Karin Miller
                  Judicial Assistant

/km
Enclosures

| AO-10 |
| Rev. 1/2004 |

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2005

Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name. First name. Middle initial)<br><br>Dorsey. Peter C | 2. Court or Organization<br><br>U.S. District Court | 3. Date of Report<br><br>5/12/2006 |
| --- | --- | --- |
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge (senior) | 5. ReportType (check appropriate type)<br><br>Nomination. Date<br><br>Initial ● Annual Final | 6. Reporting Period<br><br>1/1/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>141 Church Street<br><br>New Haven, CT 06510 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto. it is. in my opinion. in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. Adjunct Professor of Law | Quinnipiac University School of Law |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |

RECEIVED 2006 SEP -5 P 3: 35 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse: see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

— **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. Jan.-May | Quinnipiac University School of Law | $3,500.00 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

— **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. Jan.-Dec | Antique Dealership - *Self employed* |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

✓ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V.  GIFTS.   (Includes those to spouse and dependent children.  See pp. 28-31 of instructions.)

✓ NONE    - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI.  LIABILITIES.   (Includes those of spouse and dependent children.  See pp. 32-34 of instructions.)

✓ NONE   - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Peter C | 5/12/2006 |

## VII. INVESTMENTS and TRUSTS -- income. value. transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy. sell, merger. redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income. assets. or transactions) | | | | | | | | | |
| 1. American International Group, Inc. | A | Dividend | L | T | | | | | |
| 2. AT&T Inc. | A | Dividend | K | T | merger from SBC Corp. | 11/1 | J | | |
| 3. Boeing Co. | B | Dividend | L | T | | | | | |
| 4. Bristol-Myers Squibb Co. | D | Dividend | M | T | | | | | |
| 5. Burlington Northern - Santa Fe | A | Dividend | L | T | | | | | |
| 6. Citigroup | A | Dividend | L | T | | | | | |
| 7. Deere & Co. | A | Dividend | K | T | | | | | |
| 8. Dun & Bradstreet | | None | L | T | | | | | |
| 9. Equity. Inc. Fund | B | Dividend | L | T | | | | | |
| 10. Exxon-Mobil. Inc. | A | Dividend | L | T | | | | | |
| 11. Bank of America | C | Dividend | M | T | | | | | |
| 12. Georgia Pacific - Paper | A | Dividend | L | T | sell/buyout | 12/20 | L | L | |
| 13. IMS Health | A | Dividend | K | T | | | | | |
| 14. IBM | A | Dividend | L | T | | | | | |
| 15. Johnson & Johnson | B | Dividend | M | T | | | | | |
| 16. McGraw Hill, Inc. | B | Dividend | L | T | | | | | |
| 17. Mellon Financial | C | Dividend | N | T | | | | | |
| 18. Moody's Corp. | A | Dividend | L | T | | | | | |

1 Income/Gain Codes. (See Columns B1 and D4)  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000

2 Value Codes (See Columns C1 and D3)  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000  P3 = $25,000,001-$50,000,000  P4 = More than $50,000,000

3. Value Method Codes (See Column C2)  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash-Market  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Peter C | 5/12/2006 |

## VII. INVESTMENTS and TRUSTS -- income. value. transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. New Alliance ⬛ | A | Dividend | K | T | | | | | |
| 20. Northrop Grumman Corp. | A | Dividend | K | T | | | | | |
| 21. Pfizer Inc. | C | Dividend | M | T | | | | | |
| 22. Plum Creek | B | Dividend | K | T | | | | | |
| 23. Prudential | A | Dividend | K | T | | | | | |
| 24. SBC Corp. | B | Dividend | K | T | merge to ATT | 11/1 | | | |
| 25. St. Paul Travelers ⬛ | A | Dividend | J | T | | | | | |
| 26. TECO Energy | A | Dividend | J | T | | | | | |
| 27. UI Holding Corp. ⬛ | B | Dividend | K | T | | | | | |
| 28. Unocal | A | Dividend | K | T | | | | | |
| 29. Chevron Corp. | ~~ALTER in~~ ~~to~~ A | Dividend | L | T | merger — Unocal/Chevron | 8/4 | K | K | |
| 30. Verizon Communications Corp. | B | Dividend | K | T | | | | | |
| 31. Zimmer Holdings Inc. | ~~☒~~ | None | K | T | | | | | |
| 32. CMA Money Mkt. Fund ⬛ | A | Dividend | J | T | return-princ | 10/20 | J | J | |
| 33. UTS Municipal Bond Fund | C | Dividend | L | T | | | | | |
| 34. Insured Mun. Bond | B | Dividend | L | T | | | | | |
| 35. Evergreen Conn. Mun. Bond Fund ⬛ | B | Dividend | L | T | | | | | |
| 36. Evergreen High Income Mun. Bond Fund | B | Dividend | L | T | | | | | |

1. Income Gain Codes:   A  $1,000 or less   B  $1,001-$2,500   C  $2,501-$5,000   D  $5,001-$15,000   E  $15,001-$50,000
   (See Columns B1 and D4)   F  $50,001-$100,000   G  $100,001-$1,000,000   H1  $1,000,001-$5,000,000   H2  More than $5,000,000
2. Value Codes:   J  $15,000 or less   K  $15,001-$50,000   L  $50,001-$100,000   M  $100,001-$250,000
   (See Columns C1 and D3)   N  $250,000-$500,000   O  $500,001-$1,000,000   P1  $1,000,001-$5,000,000   P2  $5,000,001-$25,000,000
   P3  $25,000,001-$50,000,000   P4  $More than $50,000,000
3. Value Method Codes:   Q  Appraisal   R  Cost (Real Estate Only)   S  Assessment   T  Cash Market
   (See Column C2)   U  Book Value   V  Other   W  Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Peter C | 5/12/2006 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. Columbia Conn. Tx Exempt Fund | C | Dividend | M | T | | | | | |
| 38. Merrill Lynch - Mun. Bond Fund | A | Dividend | J | T | | | | | |
| 39. Univ. of Connecticut | C | Interest | M | T | | | | | |
| 40. State of Connecticut Bond | C | Interest | L | T | Buy | 12/7 | L | | |
| 41. Danbury, CT Bond | A | Interest | J | T | Buy | 1/9 | J | | |
| 42. Middletown, CT Bond | A | Interest | K | T | Buy | 1/9 | K | | |
| 43. Wachovia | C | Interest | K | T | | | | | New Haven, CT |
| 44. Bank of America | A | Interest | J | T | | | | | New Haven, CT |
| 45. New Alliance | A | Interest | J | T | | | | | New Haven, CT |
| 46. Wachovia | B | Interest | J | T | | | | | New Haven, CT |
| 47. Kennebunk Savings | A | Interest | J | T | | | | | York, Maine |
| 48. Webster Bank | A | Interest | J | T | | | | | New Haven, CT |
| 49. Merrill Lynch Bank | A | Interest | J | T | | | | | New Haven, CT |
| 50. OTHER | | | | | | | | | |
| 51. Colonial Broadwater Partnership | A | Dividend | K | T | | | | | |
| 52. REAL PROPERTY | | | | | | | - | | |
| 53. North Haven, CT | | None | N | W | | | | | |
| 54. York, Maine | | None | O | W | | | | | |

1. Income/Gain Codes   A  $1,000 or less   B  $1,001-$2,500   C  $2,501-$5,000   D  $5,001-$15,000   E  $15,001-$50,000
   (See Columns B1 and D4)   F  $50,001-$100,000   G  $100,001-$1,000,000   H1  $1,000,001-$5,000,000   H2  More than $5,000,000
2. Value Codes   J  $15,000 or less   K  $15,001-$50,000   L  $50,001-$100,000   M  $100,001-$250,000
   (See Columns C1 and D3)   N  $250,000-$500,000   O  $500,001-$1,000,000   P1  $1,000,001-$5,000,000   P2  $5,000,001-$25,000,000
   P3  $25,000,001-$50,000,000   P4  More than $50,000,000
3. Value Method Codes   Q  Appraisal   R  Cost (Real Estate Only)   S  Assessment   T  Cash/Market
   (See Column C2)   U  Book Value   V  Other   W  Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Dorsey, Peter C | 5/12/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Dorsey, Peter C | 5/12/2006 |

## IX.  CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature            Date  _May 15, 2006_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544

| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br><br>FOR CALENDAR YEAR 2005 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
| --- | --- | --- |

| 1. Person Reporting (Last name. First name, Middle initial)<br><br>Dorsey, Peter C | 2. Court or Organization<br><br>U.S. District Court | 3. Date of Report<br><br>5/12/2006 |
| --- | --- | --- |
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge (senior) | 5. ReportType (check appropriate type)<br><br>⬚ Nomination,  Date<br><br>⬚ Initial   ● Annual   ⬚ Final | 6. Reporting Period<br><br>1/1/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>141 Church Street<br><br>New Haven, CT 06510 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

# I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

⬚ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. Adjunct Professor of Law | Quinnipiac University School of Law |



# II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |

DISCLOSURE OFFICE  MAY 22  RECEIVED

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1.  Jan.-May | Quinnipiac University School of Law | $3,500.00 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1.  Jan.-Dec | Antique Dealership |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Peter C | 5/12/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy. sell, merger. redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. American International Group, Inc. | A | Dividend | L | T | | | | | |
| 2. AT&T Inc. | A | Dividend | K | T | merger from SBC Corp. | 11/1 | J | | |
| 3. Boeing Co. | B | Dividend | L | T | | | | | |
| 4. Bristol-Myers Squibb Co. | D | Dividend | M | T | | | | | |
| 5. Burlington Northern - Santa Fe | A | Dividend | L | T | | | | | |
| 6. Citigroup | A | Dividend | L | T | | | | | |
| 7. Deere & Co. | A | Dividend | K | T | | | | | |
| 8. Dun & Bradstreet | | | L | T | | | | | |
| 9. Equity, Inc. Fund | B | Dividend | L | T | | | | | |
| 10. Exxon-Mobil, Inc. | A | Dividend | L | T | | | | | |
| 11. Bank of America | C | Dividend | M | T | | | | | |
| 12. Georgia Pacific - Paper | A | Dividend | L | T | sell/buyout | 12/20 | L | L | |
| 13. IMS Health | A | Dividend | K | T | | | | | |
| 14. IBM | A | Dividend | L | T | | | | | |
| 15. Johnson & Johnson | B | Dividend | M | T | | | | | |
| 16. McGraw Hill, Inc. | B | Dividend | L | T | | | | | |
| 17. Mellon Financial | C | Dividend | N | T | | | | | |
| 18. Moody's Corp. | A | Dividend | L | T | | | | | |

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
   (See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Peter C | 5/12/2006 |

## VII. INVESTMENTS and TRUSTS  -- income, value. transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | (1) | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | Type (e.g. buy. sell, merger. redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. New Alliance ■ | A | Dividend | K | T | | | | | |
| 20. Northrop Grumman Corp. | A | Dividend | K | T | | | | | |
| 21. Pfizer Inc. | C | Dividend | M | T | | | | | |
| 22. Plum Creek | B | Dividend | K | T | | | | | |
| 23. Prudential | A | Dividend | K | T | | | | | |
| 24. SBC Corp. | B | Dividend | K | T | merge to ATT | 11/1 | | | |
| 25. St. Paul Travelers ■ | A | Dividend | J | T | | | | | |
| 26. TECO Energy | A | Dividend | J | T | | | | | |
| 27. UI Holding Corp. ■ | B | Dividend | K | T | | | | | |
| 28. Unocal | A | Dividend | K | T | | | | | |
| 29. Chevron Corp. | | Dividend | L | T | merger – Unocal/Chevron | 8/4 | K | K | |
| 30. Verizon Communications Corp. | B | Dividend | K | T | | | | | |
| 31. Zimmer Holdings Inc. | | | K | T | | | | | |
| 32. CMA Money Mkt. Fund ■ | A | Dividend | J | T | return- princ | 10/20 | J | J | |
| 33. UTS Municipal Bond Fund | C | Dividend | L | T | | | | | |
| 34. Insured Mun. Bond | B | Dividend | L | T | | | | | |
| 35. Evergreen Conn. Mun. Bond Fund ■ | B | Dividend | L | T | | | | | |
| 36. Evergreen High Income Mun. Bond Fund | B | Dividend | L | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | (1) | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Columbia Conn. Tx Exempt Fund | C | Dividend | M | T | | | | | |
| 38. Merrill Lynch - Mun. Bond Fund | A | Dividend | J | T | | | | | |
| 39. Univ. of Connecticut | C | Interest | M | T | | | | | |
| 40. State of Connecticut Bond | C | Interest | L | T | Buy | 12/7 | | | |
| 41. Danbury, CT Bond | A | Interest | J | T | Buy | 1/9 | | | |
| 42. Middletown, CT Bond | A | Interest | K | T | Buy | 1/9 | | | |
| 43. Wachovia | C | Interest | K | T | | | | | New Haven, CT |
| 44. Bank of America | A | Interest | J | T | | | | | New Haven, CT |
| 45. New Alliance | A | Interest | J | T | | | | | New Haven, CT |
| 46. Wachovia | B | Interest | J | T | | | | | New Haven, CT |
| 47. Kennebunk Savings | A | Interest | J | T | | | | | York, Maine |
| 48. Webster Bank | A | Interest | J | T | | | | | New Haven, CT |
| 49. Merrill Lynch Bank | A | Interest | J | T | | | | | New Haven, CT |
| 50. OTHER | | | | | | | | | |
| 51. Colonial Broadwater Partnership | A | Dividend | K | T | | | | | |
| 52. REAL PROPERTY | | | | | | | | | |
| 53. North Haven, CT | | None | N | W | | | | | |
| 54. York, Maine | | None | O | W | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Dorsey, Peter C | 5/12/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS      (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature           Date _May 15, 2006_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544